UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 29 P 12:28

1. PLAINTIFF'S NAME  Hurley, Maureen, P.
   Minister/Practitioner

   CIVIL ACTION
   04-12203-RGS

   V.

   NO. 440,964

   DEFENDANT'S NAME  Taylor, Aja

   Suit under 28 U.S.C.1331

   05-10678

   COMPLAINT  Referred to MJ JG Dein

### Parties

1. The plaintiff is a resident of Peabody, Essex county, Massachusetts and a citizen of the United States.

2. The defendant is a employee of Boston's Social Security office, Suffolk Massachusetts and a citizen of the United States.

2. ### JURISDICTION

This court has jurisdiction over this matter pursuant for Civil Rights, 1st Amendment of the Constitution of the United States, to be enforced. (28 U.S.C. 1331) violated.

3. ### Facts

1. On March 3, 04 applied for Social Security benefits for a disability.

2. Submitted green form with mention of impairments and my doctor's name and address. Also Doctor's note.
   Impairments, Cancer, Heart disease

# Supplemental Security Income Notice

FROM: SOCIAL SECURITY ADMINISTRATION

*[handwritten: Already Gave this!]*

*[stamp: 2005 MAR 28 ... 12 28, DISTRICT COURT DISTRICT OF MASS.]*

June 13, 2004

*[handwritten: rendered decision after arguement. gave 3 letters; stating Faithy corrections.]*

MAUREEN PATRICIA HURLEY
72 CENTRAL ST
PEABODY, MA 01960

CLAIM NUMBER: 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

We have determined that you are not entitled to Supplemental Security Income payments based on the claim that you filed.

## WHO MADE THE DECISION

Doctors and disability specialists in the state agency reviewed the evidence and made the determination based on Social Security law and regulations. The determination on this claim was not made by your own doctor or by any individuals or agencies who may have submitted any information about this claim.

## HOW WE MADE THE DECISION

The following report(s) were used to decide this claim:

There are no sources in file

You said that you are disabled because of heart disease and cancer.

*[handwritten: I can't go to any other doctor, That is my religion (religion) I am a minister practitioner for myself. New Testament Faith James C4, 5, 13, 14]*

We asked you to go for a special examination, but you did not report for the appointment. Since the appointment was not kept, we must make a decision based on the records already in file. These do not show that you are disabled.

The evidence does not show that your condition is disabling. We based our determination on the evidence in file because you did not take the medical examination we scheduled at our expense. The examination was needed to fully evaluate your condition.

You were advised that this action was needed to adjudicate the claim. You refused or failed to comply with the request to take the medical examination we scheduled. You were advised that a determination might be made based on the evidence in the file if you did not attend the examination.

## DO YOU DISAGREE WITH THE DECISION

If you disagree with the decision, you have the right to appeal. We will review the claim and consider any new facts you have. Then, a person who didn't make the first decision will decide the claim. We will also look at those parts of the decision you agree with and may make them unfavorable or less favorable to you..

- You have 60 days to ask for an appeal.
- The 60 days start the day after you get this letter.
- You must have a good reason for waiting more than 60 days to ask for an appeal if you miss the 60 day deadline date.
- To appeal, you must fill out a form called "Request for Reconsideration." The form number is SSA-561. To get this form, contact one of our offices. We can help you fill out this form.

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   HURLEY, MAUREEN PATRICIA

Facts

FILED
CLERK'S OFFICE
2005 FEB 29 P 12: 28
DISTRICT COURT
DISTRICT OF MASS.

3. A Ms. Taylor seems to have received my 110 Chauncey ST., Boston, MA.

4. She didn't accept my chosen doctor.

5. My chosen doctor, a minister practitioner, of the New Testament faith, that can't go to any other kind of doctor but a minister of the New Testament Belief. Myself, Maureen P. Hurley/Minister Practitioner. James Ch. 5 verse 13, 14

6. I gather they have a general list that stated not my kind of doctor/myself, a minister/Practitioner.

7. In my circumstance the constitution of the United States Siting Amendment I, that gives us the right to practice our religion, guaranteed, over rides their general doctor's list only. My doctor because of amendment I can be accepted.

Relief

Wherefore, the Plaintiff demands judgment against the defendant Taylor for not accepting me as a acceptable practitioner. An apology. Also I would like my benefit as soon as court agrees. All the way from July 04, up to court's hearing day, and routinely (monthly), there after. Nothing taken out for rent.

Minister, Practitioner/
Maureen P. Hurley
11/14/04

Minister, Practitioner/ section 8
Maureen P. Hurley
72 Central ST.
Peabody, MA. 01960
APT. 3

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Minister Maureen P. Hurley, Minister and Practitioner

### DEFENDANTS
Taylor, Ajua ??? 725 ??? Place Suffolk Unknown

05-10675

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Unknown MASS.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
name Same as above
M. Hurley, Minister and Practitioner
72 Central St. APT. 3
Peabody, MA. 01960

ATTORNEYS (IF KNOWN)
Not Known

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☒ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Constitutional protection of medical
Civil Rights Law 28 U.S.C. James ch. 5 verse 13, 14
Amendment 1 Religious freedom right to be a Minister/Practitioner
was broken — cause    for Physical Disability from Social Security office

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): 1st Christian Science v. Medical & Govt.
JUDGE: unknown    DOCKET NUMBER: unknown

DATE: Minister Practitioner Lawyer Maureen P. Hurley
SIGNATURE OF ATTORNEY OF RECORD: (New Testament) Self-defense PRO SE Law only

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 3

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Hurley, Maureen, P. Minister/Practitioner versus Taylor, Aja___

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   05-10678

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II.  195, 368, 400, (440) 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ✓ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ___ V.  150, 152, 153.

3. TITLE AND NUMBER (unknown) IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   Practitioners/Ministers of Christian Scientist Faith V. U.S. Govt.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?   for acceptance
   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES ☐   NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES ☐   NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES ☒   NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION ☒   CENTRAL DIVISION ☐   WESTERN DIVISION ☐

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION ☐   CENTRAL DIVISION ☐   WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  (Practitioner) Minister Maureen P. Hurley (Pro SE)
ADDRESS  72 Central ST. Peabody, MA 01960 APT. 3
TELEPHONE NO.  No phone, please mail at the above address.

(Att3Cover sheet local.wpd - 11/27/00)