UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MAUREEN P. HURLEY</u>            ,
                Plaintiff,

            v.                                    Civil Action No.  05-10678-JLT

<u>MS. TAYLOR</u>                       ,
                Defendant.

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES</u>

      Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is: GRANTED.


SO ORDERED.


<u>June 28, 2005</u>                                      /s/ Joseph L. Tauro
DATE                                                          JOSEPH L. TAURO
                                                       UNITED STATES DISTRICT JUDGE